**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **JOSE HERNANDEZ NUNEZ, A#221 362 864,** | § | |
| **Petitioner,** | § | **PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. §2241** |
| **vs.** | § | |
| **WARDEN, South Texas Immigration Processing Center; ET AL.,** | § | **SA-26-CV-004323-FB** |
| **Respondents.** | § | |

**ORDER OF DEFICIENCY**

Before the Court is Petitioner Jose Hernandez Nunez's 28 U.S.C. § 2241 Petition for a Writ of Habeas Corpus. (ECF No. 1). Petitioner is proceeding *pro se* and has requested leave to proceed *in forma pauperis* ("IFP"). (ECF No. 4). However, the Court is unable to determine whether Petitioner qualifies to proceed IFP based on the information provided.

**IT IS THEREFORE ORDERED** that **within twenty (20) days from the date of this Order**, Petitioner must submit to this Court either the required filing fee of $5.00 or **a current institutional trust fund account statement showing deposits and balances to his/her institutional account for the previous six months.**

Petitioner is advised that failure to comply with this Order may result in the dismissal of this case for want of prosecution. Petitioner is further advised he/she must keep the District Clerk informed of his/her current address and should promptly furnish a change of address when such occurs. Failure to do so may be interpreted as failure to prosecute and result in involuntary dismissal pursuant to Federal Rule of Civil Procedure 41(b).

**SIGNED** this 28th day of July, 2026.

FRED BIERY
UNITED STATES DISTRICT JUDGE